IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

FILED
MAR 1 8 2025
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 25-cr-10006 |
| v. | ) | VIOLATIONS: |
| AARON J. ROSSI, | ) | 18 U.S.C. § 1791(a)(2) |
| | ) | Possessing Contraband |
| Defendant. | ) | |

**INDICTMENT**

The Grand Jury charges:

**COUNT 1**
(Possessing Contraband)

At all times material:

On or about March 14, 2025, in the Central District of Illinois, the defendant, AARON J. ROSSI, an inmate of the Peoria County Jail, a prison, institution, and facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the Attorney General, possessed a prohibited object, to wit a synthetic cannabinoid commonly referred to as K2, a Schedule I controlled substance.

All in violation of Title 18, United States Code, Section 1791(a)(2) and (b)(2).

## COUNT 2
(Possessing Contraband)

At all times material:

On or about March 14, 2025, in the Central District of Illinois, the defendant, AARON J. ROSSI, an inmate of the Peoria County Jail, a prison, institution, and facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the Attorney General, possessed a prohibited object, to wit a battery, which threatened the order, discipline, and security of the jail, and the life, health, and safety of individuals.

All in violation of Title 18, United States Code, Section 1791(a)(2) and (b)(5).

## COUNT 3
(Possessing Contraband)

At all times material:

On or about March 14, 2025, in the Central District of Illinois, the defendant, AARON J. ROSSI, an inmate of the Peoria County Jail, a prison, institution, and facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the Attorney General, possessed and attempted to possess a prohibited object, to wit a vape pen.

All in violation of Title 18, United States Code, Section 1791(a)(2) and (b)(3).

A True Bill,

Redacted
Foreperson

Redacted
GREGORY M. GILMORE
ACTING UNITED STATES ATTORNEY
DFM